IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| GARY J. HAMILTON | ) | |
| --- | --- | --- |
| | ) | CASE NO. _____ |
| Plaintiff, | ) | |
| vs. | ) | JUDGE |
| | ) | |
| ALPHA INSULATION & WATER PROOFING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to the Corporate Disclosure Provisions contained in Fed. R. Civ. P. 7.1, any non-governmental corporate party to a proceeding must file two copies of a disclosure statement that identifies any parent corporation and any publicly held corporation owning 10% or more of its stock, or state that there is no such corporation. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of <u>*Alpha Insulation & Water Proofing, Inc*</u>.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
 _X_ Yes ___ No.

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party: <u>*Alpha Insulation & Water Proofing, Inc.* is 100% owned by Trilok Industries, Inc. which is a subsidiary of Installed Building Products, Inc., a publicly owned corporation.</u>

2. Is there a publicly owned corporation, not a party to the case that has a financial interest in the outcome? \_\_\_\_\_ Yes   X   No.

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

N/A

Dated: March 17, 2023.

        Respectfully submitted,

        /s/ *W. Eric Baisden*
        W. Eric Baisden (*admitted*)
        Morena L. Carter (*admitted*)
        BENESCH, FRIEDLANDER, COPLAN & ARONOFF
        200 Public Square, #2300
        Cleveland, OH 44114
        T: 216-363-4500
        F: 216-363-4588
        E: ebaisden@beneschlaw.com
           mcarter@beneschlaw.com

        and

        K. Scott Wagner (Bar No. 1004668)
        Attolles Law, S.C.
        222 E. Erie Street, #210
        Milwaukee, WI 53202
        T: 414-644-0391
        F: 414-455-0758
        E: swagner@attolles.com

        *Attorneys for Defendant Alpha Insulation & Water Proofing, Inc.*

# CERTIFICATE OF SERVICE

I certify that on March 17, 2023, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system, which will then notify the other CM/ECF participants in this case.

Robert B. Corris, S.C. (Bar No. 1013438)
W309 N6399 Lakeview Ln, Suite 100
Hartland, WI 53029
T: 414-272-8000
M: 414-573-8000
F: 414-755-7050
E: rcorris@corrislaw.com

*Attorney for Plaintiff Gary J. Hamilton*

Respectfully submitted,

/s/ W. Eric Baisden
W. Eric Baisden (*admitted*)
Morena L. Carter (*admitted*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF
200 Public Square, #2300
Cleveland, OH 44114
T: 216-363-4500
F: 216-363-4588
E: ebaisden@beneschlaw.com
   mcarter@beneschlaw.com

*Attorneys for Defendant Alpha Insulation & Water Proofing, Inc.*